KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Gary.Guarino@usdoj.gov
AK# 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAMELA TAI, individually, and on behalf of her minor child C.T. | ) ) ) Case No. 4:10-cv-00012-RRB |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION TO DISMISS WITH** ) **PREJUDICE** ) |
| UNITED STATES OF AMERICA | ) ) |
| Defendant. | ) ) |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims

which were asserted or which could have been asserted by Plaintiff against the United

States in this action may be dismissed with prejudice, with each party to bear their own

costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED July 27, 2011, in Anchorage, Alaska.

POWER AND BROWN, LLC

s/Michele L. Power (consent)
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 888-887-1146
mpower@powerbrown.com


KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the United States


**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2011,
**STIPULATION TO DISMISS WITH PREJUDICE**
 a copy of the foregoing was served electronically on:

Michele L. Power

s/ Gary M. Guarino


Tai et al. v. United States
Case No. 4:10-cv-00012-RRB          2